IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| MARVIN GAYE THOMPSON, JR., § <br> Institutional ID No. 180489, § <br> § <br> Plaintiff, § <br> v. § <br> § <br> KELLY ROWE, *et al.*, § <br> § <br> Defendants. § | Civil Action No. 5:22-CV-091-M-BQ |

## ORDER

On June 9, 2022, *pro se* Plaintiff filed a motion for injunctive relief. ECF No. 6; *see* ECF No. 7, at 2. On June 30, the United States Magistrate Judge entered Findings and Conclusions on Plaintiff's motion. ECF No. 8. The Magistrate Judge RECOMMENDS that the Court deny Plaintiff's motion because he (1) improperly seeks injunctive relief against individuals not a party to this action, and (2) has failed to meet the requirements for obtaining injunctive relief. *Id.* at 6. Plaintiff did not file objections, and the time to do so has now expired.

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the Magistrate Judge, the Court concludes that the Findings and Conclusions are correct. It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the Magistrate Judge (ECF No. 8) are ADOPTED, and Plaintiff's motion (ECF No. 6) is DENIED WITHOUT PREJUDICE as outlined above.

**SO ORDERED.**

Dated: July 25, 2022.

BARBARA M. G. LYNN
CHIEF JUDGE