IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| MARVIN GAYE THOMPSON, JR., | § | |
| Institutional ID No. 180489, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 5:22-CV-091-M-BQ |
| | § | |
| KELLY ROWE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On May 20, 2022, *pro se* Plaintiff filed a Complaint (ECF No. 1) in this Court, proceeding *in forma pauperis*. On October 28, 2022, the United States Magistrate Judge entered Findings and Conclusions on Plaintiff's Complaint (ECF Nos. 1, 14). The Magistrate Judge RECOMMENDS that the Court dismiss Plaintiff's Complaint without prejudice for want of prosecution in accordance with Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff did not file objections, and the time to do so has now expired.

After making an independent review of the Findings, Conclusions, and Recommendation of the Magistrate Judge, the Court concludes that the Findings and Conclusions are correct. It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the Magistrate Judge (ECF No. 14) are ACCEPTED, and Plaintiff's Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for want of prosecution.

**SO ORDERED.**

Dated: November 29, 2022.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE